JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALICIA H.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. CV 23-04666-SSS-DFM<br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Date: March 20, 2024

_____
SUNSHINE SUZANNE SYKES
United States District Judge